**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 24−00197−hb                                         Chapter: 7

**In re:**
Earl Gavin

**DEFICIENCY NOTICE**

| Filed By The Court |
| --- |
| 2/28/24 |
| L. Jefferson Davis, IV |
| Clerk of Court |
| US Bankruptcy Court |

To: Earl Gavin

You have submitted to the Court for filing a document, Amended Voluntary Petition, which was received on 02/27/2024. The Amended Voluntary Petition is deficient for the following reason(s):

- ☐ The filing fee has not been paid (28 U.S.C. § 1930 and the Appendix thereto).
- ☑ No signature (written or conformed (shown by "/s/ John Doe")).
- ☐ Electronic event and image do not match. Explanation:
- ☐ Improper or no linkage of document. Explanation:
- ☐ No B121 Form (Your Statement About Your Social Security Number).
- ☐ The motion which should be noticed passively has not met all of the requirements of SC LBR 9013−4. Explanation:
- ☐ Statement of Monthly Income and Means Test Calculation not in accordance with Fed. R. Bankr. P. 1007.
- ☐ Filing not in accordance with official forms.
- ☐ Motion to Avoid Lien/Judicial Lien not in compliance with Court procedures. Please see CM/ECF Participant's Guide for Motion to Avoid Lien – Without Passive Hearing Notice.
- ☑ Other: **The document only contains one page of the petition. All pages must be included and it must be signed.**

Please cure the deficiency by **March 11, 2024**.

Upon failure to cure, the Court may enter an order striking the document, dismissing the case/adversary proceeding, or providing other adverse ruling without further notice or hearing.

L. Jefferson Davis, IV
Clerk of Court
United States Bankruptcy Court

By: S Dillard, Deputy Clerk
1100 Laurel Street
Columbia, SC 29201−2423
(803) 765−5436